IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LINDSAY O'BRIEN QUARRIE,

    Plaintiff,

v.                                             Civ. No. 17-350 MV/GBW

STEPHEN WELLS, *et al.*,

    Defendants.

## ORDER GRANTING ATTORNEY'S FEES

THIS MATTER is before the Court on Defendants' Notice of Filing Affidavit in Support of Attorney's Fees. *Doc. 138*. On June 4, 2019, the Court issued an order denying Plaintiff's Motion for Sanctions (*doc. 118*) and awarding Defendants their attorney's fees and costs incurred in preparing a response. *See doc. 137*. Defendants timely filed their affidavit detailing the fees and costs expended, *doc. 138*, and Plaintiff made no objection to the amount claimed within the ten-day window set by the Court, *see doc. 137* at 8.

IT IS THEREFORE ORDERED that, no later than **14 days** from the entry of this order, Plaintiff shall pay Defendants **$1,067.96** pursuant to Fed. R. Civ. P. 11(c)(2) and *doc. 137*.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE