# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

LINDSAY O'BRIEN QUARRIE,

    Plaintiff,

v.                                                 Civ. No. 17-350 MV/GBW

STEPHEN WELLS, *et al.*,

    Defendants.

## ORDER VACATING SETTLEMENT CONFERENCE

THIS MATTER comes before the Court on Defendants' emailed communication to the Court and Plaintiff's emailed responses. Defendants have indicated that they do not believe the settlement conference currently scheduled for January 23, 2020 will be productive. Plaintiff has objected, expressing his belief that the scheduled settlement conference would be beneficial in allowing the parties to reach common ground on certain issues.

The settlement conference is currently scheduled relatively early. Discovery is not set to close until March and the dispositive motion deadline falls in April. To be productive, settlement conferences conducted before the discovery process concludes and before dispositive motions are resolved require that both sides have adequate information to evaluate the case and be invested in the possibility of a resolution

agreeable to all parties. It is clear to the Court based on Defendants' communication that, at this juncture, these prerequisites are not present.[1]

The settlement conference set for January 23, 2020, and all attendant deadlines, is therefore VACATED. In accordance with Local Rule 16.2, the Court intends to conduct a settlement conference in this case prior to trial. The scheduling of such a conference will likely follow the completion of discovery and dispositive motion practice.

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff maintains that Defendants should have contacted the Court to schedule a status conference rather than directly requesting vacatur of the settlement conference. However, there is no need for a telephonic status conference at this time, as both parties have fully presented their arguments to the Court.